# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLISON DURR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTIC PARTNERS LLC<br><br>Defendant. | Case No.: 1:24-cv-00062 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The nongovernmental party, Nautic Partners LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock:  N/A.

The home office for Nautic Partners LLC, a Delaware limited liability corporation, is 50 Kennedy Plaza, 17th Floor, Providence, Rhode Island 02903.

Dated: March 22, 2024

Respectfully submitted,

**NAUTIC PARTNERS LLC,**
By their Attorneys,

*/s/ Joseph A. Farside, Jr.*
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401)-274-9200
(401) 276-6611 (Fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

*and*

136852906v.1

Tara L. Trifon (PHV forthcoming)
LOCKE LORD LLP
20 Church Street, 20th Floor
Hartford, CT  06103
(860) 541-7740
(866)-320-7824 (Fax)
tara.trifon@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2024, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr.

136852906v.1