# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ALLISON DURR**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NAUTIC PARTNERS LLC**,<br><br>Defendant. | Case No. 1:24-cv-00062-WES-LDA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Allison Durr, hereby gives notice that her claims in this action against Defendant Nautic Partners, LLC, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: */s/ Anthony R. Leone, II*
Anthony R. Leone, II (RI Bar #6099)
**LEONE LAW LLC**
1345 Jefferson Boulevard
Warwick, Rhode Island 02886
(401) 921-6684
(401) 921-6686 (fax)
aleone@leonelawllc.com

Date: April 5, 2024

*Attorneys for Plaintiff and Proposed Class*

By: */s/ Samuel J. Strauss*
**TURKE & STRAUSS LLP**
Samuel J. Strauss
Raina Borrelli
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

Date: April 5, 2024

*Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the <u>5th</u> day of April 2024, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Anthony R. Leone, II*_____  
                                                  Anthony R. Leone, II